No. 2013–1558.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

**CROSS ATLANTIC CAPITAL PARTNERS, INC., Appellant,**

v.

**FACEBOOK, INC., Appellee.**

No. 2013–1596.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

Frederick A. Tecce, Panitch Schwarze Belisario & Nadel LLP, of Philadelphia, PA, argued for appellant. With him on were James H. Wallace, Jr., Gregory R. Lyons and Kevin P. Anderson, Wiley Rein LLP, of Washington, DC; and David B. Walker, Barceló, Harrison & Walker, LLP, of Washington, DC.

Heidi L. Keefe, Cooley LLP, of Palo Alto, CA, argued for appellee. With her on the brief were Mark R. Weinstein; and Michael G. Rhodes, of San Diego, CA.

TARANTO, BRYSON, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**